

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Marylou Heredia,                                    * From the 385th District
                                                        Court of Midland County,
                                                        Trial Court No. CR41306.

Vs. No. 11-13-00324-CR                             * February 27, 2014

The State of Texas,                                * Per Curiam Memorandum Opinion
                                                        (Panel consists of: Wright, C.J.,
                                                        Willson, J., and Bailey, J.)

         This court has considered the State of Texas's motion to dismiss the appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.